# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:17-cv-02091-RBJ-NRN

Cola Allen,

    Plaintiff,

v.

Capital One Bank (USA), N.A.,
Experian Information Solutions, Inc.
and Equifax Information Services,
LLC,

    Defendants.

## JOINT NOTICE OF SETTLEMENT WITH DEFENDANT
## EXPERIAN INFORMATION SOLUTIONS, INC.

PLEASE TAKE NOTICE that Plaintiff Cola Allen ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") file this notice of settlement pursuant to D.C.COLO.LCivR 40.2(b).  The parties have reached a settlement in the above-reference matter which will include the dismissal with prejudice of all claims against Experian pending in this action.

The parties are in the process of finalizing the settlement and anticipate that the performance of the terms of the settlement agreement will be completed within thirty (30) days of the date of this notice, at which time, the parties shall file a Stipulation for Dismissal with Prejudice of the claims asserted against Experian.

//

//

NAI-1506889937v1

Respectfully submitted on this 4th day of April, 2019.

By: *s/ Sheereen Javadizadeh*
John A. Vogt
Richard J. Grabowski
Angela M. Taylor
Sheereen Javadizadeh
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile: (949)  553.7539
Email: rgrabowski@jonesday.com
Email: javogt@jonesday.com
Email: angelataylor@jonesday.com
Email: sjavadizadeh@jonesday.com

Attorneys for Defendant Experian Information Solutions, Inc.

By: *s/ David McDevitt*
David McDevitt
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone:  602-845-5969
Facsimile: 866-317-2674
Email: dmcdevitt@consumerlawinfo.com

Attorneys for Plaintiff

NAI-1506889937v1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of April, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Joseph Michael Panvini
David Neal McDevitt
Russell S. Thompson , IV
jpanvini@consumerlawinfo.com
dmcdevitt@consumerlawinfo.com
rthompson@consumerlawinfo.com

*Attorneys for Plaintiff*


Executed on April 4, 2019

                                         */s/ Sheereen Javadizadeh*
                                         Sheereen Javadizadeh
                                         Attorneys for Defendant
                                         Experian Information Solutions, Inc.