IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

COURT FILE NO.: 1:17-cv-02091-WYD

Cola Allen,
    Plaintiff,

v.

Capital One Bank (USA), N.A.,
Experian Information Solutions, Inc.
and Equifax Information Services, LLC,
    Defendants.

___

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**
___

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice as to Defendant Experian Information Solutions, Inc., with each party to bear its own costs and attorneys' fees.

Dated: May 3, 2019

    Respectfully submitted,

    By: s/ David N. McDevitt
    David N. McDevitt (AZ Bar #030761)
    Thompson Consumer Law Group, PLLC
    5235 E. Southern Ave., D106-618
    Mesa, AZ 85206
    602-845-5969 phone
    866-317-2674 facsimile
    Email: dmcdevitt@consumerlawinfo.com
    *Attorneys for Plaintiff*

1

By: s/ Sheereen Javadizadeh
John A. Vogt
Richard J. Grabowski
Angela M. Taylor
Sheereen Javadizadeh
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553.7539
Email: rgrabowski@jonesday.com
Email: javogt@jonesday.com
Email: angelataylor@jonesday.com
Email: sjavadizadeh@jonesday.com
Attorneys for Defendant Experian
Information Solutions, Inc.

## CERTIFICATE OF SERVICE

I certify that on May 3, 2019, the foregoing document was filed using the CM/ECF system which will send notification of such filing to Defendants through counsel of record as follows:

John A. Vogt
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Email: javogt@jonesday.com

s/ David N. McDevitt
David N. McDevitt
